■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CRUZ, Appellant. [626 NYS2d 920] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court committed reversible error in admitting testimony from two police officers that bolstered the People's principal eyewitness's identification of defendant *(see generally, People v Bayron,* 66 NY2d 77, 81; *People v Trowbridge,* 305 NY 471). We disagree. The officers' testimony corroborated that eyewitness's testimony and "merely served as a necessary narrative of events leading to defendant's arrest" *(People v Jones,* 160 AD2d 333, *lv denied* 76 NY2d 790; *see, People v Welcome,* 181 AD2d 628, *lv denied* 79 NY2d 1055). Even

assuming, arguendo, that the court erred in admitting that testimony, any error is harmless in light of the strong and unequivocal identification testimony given by the eyewitness *(see, People v Crimmins,* 36 NY2d 230, 242; *People v Lombardo,* 195 AD2d 965, 966, *lv denied* 82 NY2d 806). Although identification was the critical issue, the eyewitness's identification was "so strong that there is no serious issue upon the point" *(People v Caserta,* 19 NY2d 18, 21; *cf., People v Wallace,* 187 AD2d 998). (Appeal from Judgment of Monroe County Court, Wiggins, Jr., J.—Burglary, 3rd Degree.) Present— Green, J. P., Pine, Fallon, Callahan and Davis, JJ.